DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LENARD T. JOHNSON,**
Appellant,

v.

**BOBBY L. JOHNSON,**
Appellee.

No. 4D20-2564

[December 16, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE20001068.

Lenard Johnson, Lauderhill, pro se.

David J. Glantz of Broward Lawyers Care, Weston, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***